UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20600-CR-WILLIAMS

UNITED STATES OF AMERICA
    *Plaintiff,*

vs.

BYRON ORELLANA-VELIZ, et al.,
    *Defendant.*
_____/

## SECOND MOTION TO COMPEL BUREAU OF PRISON'S COMPLIANCE WITH DEFENDANT'S MEDICALLY REQUIRED MEDICATIONS AND DIET

    Defendant, BYRON ORELLANA-VELIZ ("Mr. Orellana"), respectfully moves the Court for an order compelling the Bureau of Prisons' Federal Detention Center (FDC) to provide Mr. Orellana with medically necessary diet and medications.

    Once again, Mr. Orellana is forced to seek assistance from this Court for what the FDC should do as a matter of course. Mr. Orellana's fragile medical state is clear, documented, and is known to all parties in this matter. It has been the subject of previous submissions to the Court. Indeed, the Court has spent time setting a hearing where all these matters were discussed. The FDC essentially ignored the Court's "recommendation" and what's worse, it has now ceased to provide Mr. Orellana medications that control his chronic pancreatitis. This despite its own doctor's medical recommendation that this medication be provided post haste. Additionally, countless emails from undersigned have had zero effect in changing FDC's ambivalence to Mr. Orellana's needs. The situation has come to a head. On May 1, 2024, Mr. Orellana lost

1

consciousness.  The medical notes reflect the following: ***"50 yom known diabetic presented unresponsive, cool, pale, and diaphoretic [perspiring profusely].  Administered glucagon 1 mg intramuscularly inside of pts room and then transported to medical.  BGL checked and was 54 (severe low blood sugar).  Established 20ga IV right AC and administered 1 liter D5 drip.  Pt then became alert and oriented.  Monitored pt for changes and routine BGL checks***. *See* incident report, attached as **exhibit A**. (emphasis supplied).  Essentially, Mr. Orellana suffered a life-threatening *diabetic coma.*  Fortunately, he was discovered by other inmates who called for assistance from the FDC guards.  But for the assistance of these inmates, Mr. Orellana may very well have lost his life in the hands of the BOP.

As the Court is aware, Mr. Orellana was hospitalized at the Larkin Community Hospital from September 8, 2023, to September 16, 2023.  He was again treated at their facility on October 20, 2023, and on November 9, 2024.  He was hospitalized a second time from January 4, 2024, to January 9, 2024.  During these encounters, he was diagnosed and/or treated for ***chronic pancreatitis***, abdominal pain, diarrhea, essential hypertension, diabetes, steatosis of the liver, and hernia of abdominal cavity.  He requires medications to control the chronic pancreatitis, which FDC has now stopped providing him for some unknown reason.  FDC never again provided him medically recommended Ensure Milk for his malnutrition although, at the hearing, FDC representatives stated they would be providing him Ensure Milk within 30 days or so.  Months later, he still has not received the Ensure Milk or ANY dietary change since before the hearing.

His medical records describe him as "***gaunt and anorexic***."  The medical records further reveal that Mr. Orellana should continue small, frequent meals (divided into four to six meals daily) and to include multivitamins and Ensure Clear QID which would provide 32 grams of protein and treat his malnutrition.  Mr. Orellana has previously s submitted to the Court that a high

protein diet devoid of spices seems to alleviate his symptoms. FDC can easily provide such a diet to Mr. Orellana which would alleviate his symptoms and mitigate further hospital stays. Yet FDC either refuses to do so or is indifferent to Mr. Orellana's condition.

In *Estelle v. Gamble*, 429 U.S. 97 (1976), the Supreme Court held that deliberate indifference by prison personnel to a prisoner's illness or injury constitutes cruel and unusual punishment contravening the Eight Amendment to the United States Constitution. The BOP's actions in this matter can only be described as deliberate indifference to Mr. Orellana's serious illness and malnutrition. Denying him his medications for chronic pancreatitis and the Ensure Milk may even rise to the level of an intentional act at this point. The BOP refuses to take the very steps suggested by the doctors who treat Mr. Orellana. Unfortunately, Mr. Orellana has no other option than to ask the Court to again intervene to prevent a future event as the one described above that occurred on May 1, 2024.

WHEREFORE, based on the foregoing, Mr. Orellana respectfully requests that this Court compel the BOP's FDC facility to provide Mr. Orellana his medically necessary diet and medications.

    Respectfully Submitted,

    THE GUERRA LAW FIRM, P.A.
    1395 Brickell Ave
    Suite 800
    Miami, FL 33131
    Telephone 305-461-3638
    Facsimile 877-750-8990

    By: *s/ Luis I. Guerra*
    Luis I. Guerra
    Florida Bar No. 841961
    luis@lglpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on this Wednesday, June 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                Respectfully Submitted,

                                THE GUERRA LAW FIRM, P.A.
                                1395 Brickell Avenue
                                Suite 800
                                Miami, FL 33131
                                Telephone 305-461-33638
                                Facsimilie 877-750-8990

                                By:  *s/ Luis I. Guerra*
                                Luis I. Guerra
                                Florida Bar No. 841961
                                luis@lglpa.com