# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ORELLANA-VELIZ, BYRON | | Reg #: 07938-506 |
| Date of Birth: 02/12/1974 | Sex: M  Race: WHITE | Facility: MIM |
| Encounter Date: 05/01/2024 18:56 | Provider: O'Neal, Jason NRP | Unit: D04 |

**Reviewed Health Status:  Yes**

EMT/Para – Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1       Provider:  O'Neal, Jason NRP

Chief Complaint:   DIABETIC

Subjective:    50 yom known diabetic presented unresponsive, cool, pale, and diaphoretic. Administered glucagon 1 mg intramuscularly inside of pts room and then transported him to medical. BGL checked and was 54. Established 20ga IV right AC and administered 1 liter D5 drip. Pt then became alert and oriented. Monitored pt for changes and routine BGL checks.

Pain:    No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/01/2024 18:56 by O'Neal, Jason NRP

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/01/2024 | 18:59 MIM | 85 | | | O'Neal, Jason NRP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/01/2024 | 18:59 MIM | 12 | O'Neal, Jason NRP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/01/2024 | 18:59 MIM | 108/61 | | | | O'Neal, Jason NRP |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 05/01/2024 | 19:34 MIM | 139 | Random | | O'Neal, Jason NRP |
| 05/01/2024 | 18:40 MIM | 54 | Random | | O'Neal, Jason NRP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/01/2024 | 18:59 MIM | 100 | | O'Neal, Jason NRP |

**ASSESSMENT:**

Other

50 yom known diabetic presented unresponsive, cool, pale, and diaphoretic. Administered glucagon 1 mg intramuscularly inside of pts room and then transported him to medical. BGL checked and was 54. Established 20ga IV