**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20600-CR-WILLIAMS**

**UNITED STATES OF AMERICA**

**vs.**

**BYRON ORELLANA VELIZ,**

      **Defendant.**

_____/

**GOVERNMENT'S 5K1.1 MOTION FOR**
**REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE**

The United States, through the undersigned Assistant United States Attorney ("AUSA"), respectfully moves this Court, pursuant to 5K1.1 of the United States Sentencing Guidelines, to reduce the sentence of Byron Orellana Veliz. The defendant has provided the government with substantial assistance in the prosecution of other persons. In support of this motion, the government states the following:

1. The defendant was charged by indictment in the Southern District of Florida in December 2021.

2. Pursuant to a written plea agreement, Mr. Orellana Veliz pled guilty to conspiracy to distribute a controlled substance intending, knowing, and having reasonable cause to believe that it would be imported into the United States.

3. Mr. Orellana Veliz is scheduled to be sentenced on July 19, 2024.

4. The defendant's substantial assistance has been valuable, truthful, and is now complete. Specifically, the government submits that the defendant was instrumental in securing the guilty plea of the co-defendant in this case.

5.      Accordingly, the government recommends that at the hearing, the defendant's sentence be reduced by 33% to reflect the substantial assistance he has provided.  A 33% reduction would result in a lowering of his advisory guideline range to a range of 72 – 90 months.

6.      The undersigned has conferred with counsel for the defendant, Luis Guerra, Esq. who indicated that he supports the granting of this motion, however he intends to request a larger reduction at the hearing.

WHEREFORE, the United States respectfully requests, pursuant to 5K1.1 of the United States Sentencing Guidelines, that this Court reduce the guideline sentencing range in accordance with the government's evaluation of the nature and significance of his cooperation, which has been presented herein and will be further detailed at the hearing on July 19, 2024.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     s / Lynn M. Kirkpatrick
         LYNN M. KIRKPATRICK
         Assistant United States Attorney
         Court ID Number: A5500737
         99 Northeast 4th Street, Ste. 700
         Miami, Florida 33132-2111
         Tel: (305) 961-9239
         Fax: (305) 536-7213
         Lynn.Kirkpatrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on CM/ECF on July 18, 2024.

s/ Lynn M. Kirkpatrick
Lynn M. Kirkpatrick
Assistant United States